M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 FEB 15 A 9:36

Keith Toiber, Willie Dewhart & Johnny Hughley
Full name and prison name of
Plaintiff(s)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:08CV112-WKW

v.

CIVIL ACTION NO. 2:08CV108-MEF
(To be supplied by Clerk of U.S. District
Court)

City of Montgomery
Warden - W.R. Collins

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Montgomery City Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Montgomery City Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. City of Montgomery (Warden- Collins) 320 N. Ripley St, Montgomery, AL 36104
2. 
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Beginning 2007-through- current date_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Bivens V. Sixth unknown Norcotic Agents (claim)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The city of montgomery are currently violating our Eight and fourteeth Amendment Rights, of the united States Constitution, by taxing our Commissary draw, and/or Phone calls locally, without first Affording Due process. And Treating us "deliberaley indefferent" from other State (Alabama Dept. Corrections) and federal Inmate (B.o.P.). ~~GROUND TWO~~: Resulting in "Cruel and unusual" Punishment. (see; Art. I, §9, U.S. Const.).

SUPPORTING FACTS: _____

GROUND ~~THREE~~ TWO: Bivens v. sixth unknown Narcotic Agents (claim)

SUPPORTING FACTS: The Respondents are currently denying the movant Access to the Courts, Due process, by failure to afford him adequate Access to A Law Library, in violation of The Fifth Amendment Rights of the U.S. Constitution. A defendant facing a lenghty Prison sentencing, deprived of Liberty, should have access to a Law Library, to assist his Counsel with preparation of his defense. See Wolf vs. McDaniel U.S.____ (1969).

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

_____

_____

*Keith Tolbert, John Hughly*
Signature of plaintiff(s)

*Willie D. Dewhart*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/12/08__.
           (Date)

*Keith Tolbert*
Signature of plaintiff(s)

Debra P. Hackett
Clerk of Clerk
P.O. Box 711

INMATE MAIL
MONTGOMERY CITY JAIL

INMATE MAIL
MONTGOMERY CITY JAIL

Montgomery, AL 36161
PO Drawer 159