IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | * | |
|     Plaintiff, | * | |
| v. | * | 2:08-CV-112-MEF |
| CITY OF MONTGOMERY, *et al.*, | * | |
|     Defendants. | * | |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Montgomery City Jail in Montgomery, Alabama, filed this 42 U.S.C. § 1983 action on February 19, 2008. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before March 5, 2008 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a recommendation by the

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Montgomery City Jail showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

undersigned that this case be dismissed; and

    2.  The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done, this 21st day of February 2008.

                                              /s/ Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE