RECEIVED

IN THE UNITED STATES DISTRICT COURT 2008 FEB 26 A 9:57
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

JOHNNY HUGHLEY, )
    plaintiff, )
v. ) 2:08-CV-112-MEF
CITY OF MONTGOMERY, et al., )

## MOTION FOR LEAVE TO PROCEED IN FORMAS PAUPERIS

Comes Now, the plaintiff Johnny Hughley, in the above styled Cause of Action, pursuant to Rule 39.1, of The Federal Supreme Court Rules, and hereby states the following:

1. That the plaintiff, in the above case at bar, was granted leave to proceed in forma pauperis in this court on 19 December, 2007. See; United States v. Hughley, criminal case number 98-97-E.

2. That, in case number 98-97-E, this Honorable Court appointed Counsel under the Criminal Justice Act of 1964, 18 U.S.C. § 3006A.

3. That this Court, is fully aware of the plaintiff's indigent status, from that case, made aware he been detained since 18 December, 2007.

-1-

4. That the Court is authorized, pursuant to Rule 39.1, of The Federal Rules of The Supreme Court, to utilize the affidavit or declaration from case number 98-97-E. See; Rule 39.1, of The Federal Rules of The Supreme Court.

Dated: 24 February, 2008.

Respectfully Submitted,

*Johnny Hughley*
Johnny Hughley
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL 36101

CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of the foregoing upon the opposing party, via U.S. Mail, and properly addressed below:

J.B Parcine
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL 36101

Done this the 24th day of February, 2008.

*Johnny Hughley*
Johnny Hughley

Johnny [illegible]
Mont[illegible]
P.O. [illegible]
Montgomery AL [illegible]

MONTGOMERY AL 361
25 FEB 2008  PM 3 L

LET US DARE TO READ,
THINK, SPEAK [illegible]
John Adams, [illegible]
[illegible]
USA 41

Office of The Clerk
United Sta[illegible] [illegible] Court
P.O. Box 7[illegible]
Montgomery [illegible]

36101+0711