IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNY HUGHLEY,　　　　　　　　*

　　Plaintiff,　　　　　　　　　　　*

　　v.　　　　　　　　　　　　　　*　　　　2:08-CV-112-MEF

CITY OF MONTGOMERY, *et al.*,　　*

　　Defendants.　　　　　　　　　*

**O R D E R**

Plaintiff, an inmate incarcerated at the Montgomery City Jail in Montgomery, Alabama, filed this 42 U.S.C. § 1983 action on February 15, 2008. Plaintiff submitted a motion for leave to proceed *in forma pauperis*. Upon review of the motion, the court finds that additional information regarding Plaintiff's inmate account is necessary.

Pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit an inmate account statement reflecting the <u>average monthly balance</u> in his prison account and the <u>average monthly deposits</u> to his account for the *6-month period immediately preceding the filing of this complaint*. Plaintiff, therefore, shall be granted additional time to provide the court with current information regarding his inmate account so the court may determine whether he should be allowed to proceed *in forma pauperis* in this cause of action. Plaintiff shall also be granted additional time to provide the court with a form used in requesting *in forma pauperis* status which he should complete and return to the court along with his inmate account information.

Accordingly, it is ORDERED that:

1. On or before **March 13, 2008** Plaintiff shall submit an inmate account statement reflecting the <u>average monthly balance</u> in his prison account and the <u>average monthly deposits</u> to his account for the *6-month period immediately* preceding the filing of the instant complaint. Plaintiff shall also complete the enclosed form for use in requesting *in forma pauperis* status and return said form along with his inmate account information. Plaintiff is cautioned that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a copy of this order to the account clerk/case manager at the Montgomery City Jail and SEND a form for use in applying for *in forma pauperis* status to Plaintiff.

Done, this 28th day of February 2008.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE