IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

2008 MAR 10 A 10: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOHNNY HUGHLEY,

Plaintiff,

V.

CITY OF MONTGOMERY, et al.,

Defendants

2:08-CV-112-MEF

## MOTION TO SUPPLEMENT AND AMEND THE PLAINTIFF'S 42 U.S.C. § 1983 ACTION

Comes now, the plaintiff, Johnny Hughley, Pro-se, in the above styled cause and moves this Honorable court in a motion to Amend, Pursuant to Fed. R. Civ. proc. 15 (a), to his original § 1983 Action, and in support herein states the following:

1. That on 15 February, 2008, the plaintiff filed this 42 U.S.C. § 1983 action in this Honorable court.

2. That the assertion in this amended pleading arises out of the same conduct, transaction and occurrence set forth in the original pleadings. see; Mederos v. United States, 218 F. 3d 1252 (11th Cir. 2000) ("Further more, under Fed. R. Civ. P. 15 (c) (2) amendments of pleading relate back to the date of the original pleading: when the Claim asserted in the amended Pleading arises out of the same conduct, transaction, or occurrence set forth in the original pleadings.")

## AMENDMENT

3. The plaintiff asserts, herein, that the Respondents have impeded and/or Frustrated his ability to prosecute both post-conviction (3:08-cv-000101-001), and the Foregoing civil rights actions. See; Bounds v. Smith, 430 U.S. 817 (1977).

4. That the plaintiff was actually injured in several on going civil Actions (case numbers; 3:08 cv 102-MHT; and/or 3:08CV116-WHA), where the Respondents' Failed to provide him with adequate Law Libraries or adequate assistance from persons trained in Law to prosecute both post-conviction proceeding and the foregoing civil rights action. see;

IN this case, once the court accepted case number 3:08-cv-000101-001, the Respondents' must enable the plaintiff to litigate effectively once in court. See; Lewis v. casey, 518 U.S. 343 (1996). See: Younger v. Gilmore, 404 V.S. U.S. 15 (1971), and also; Lewis, Id at 354.

5. The plaintiff have been impeded, in his ability to find case Laws, which would have enable him in the required Permission, obtained from the Eleventh Circuit Court of Appeals. see; The provisions of 28 U.S.C § 2244 (b) (3) (4).

WHERE FORE, for the reasons set forth above, the plaintiff Amendment Should be granted.

Date this 6th day of March, 2008.

Respectfully Submitted,

Johnny Hughley

Johnny Hughley

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I served one true and correct copy of the motion to amend on the respondents, by deposing a copy of the same in the United States Mail first class, postage prepaid, and properly addressed, below.

Warden Collins
Montgomery city Jail
320 N. Riply st
Montgomery, Al 36101

*Johnny Hughley*
Johnny Hughley
Montgomery city Jail
P.O. Draw 159
Montgomery, Al 36101

Johnny Hughley
Montgomery City Jail
P.O. Draw 159
Montgomery, AL 36101

MONTGOMERY AL 361

07 MAR 2008 PM 4 T

"LET US DARE T
THINK, SPEAK
John Adams, 1
power of the

OFFice of The clerk
united States District court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711