```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004246
Cashier ID: brobinso
Transaction Date: 03/11/2008
Payer Name: MONTGOMERY MUNICIPAL JAIL
----------------------------------
PLRA CIVIL FILING FEE
 For: JOHNNY HUGHLEY
 Case/Party: D-ALM-2-08-CV-000112-001
 Amount:         $102.03
----------------------------------
CHECK
 Check/Money Order Num: 010325
 Amt Tendered: $102.03
----------------------------------
Total Due:     $102.03
Total Tendered: $102.03
Change Amt:    $0.00
```