IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-112-MEF |
| CITY OF MONTGOMERY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion to supplement/amend complaint, and for good cause, it is

ORDERED that the motion (*Doc. No. 7*) be and is hereby GRANTED.

Done, this 12th day of March 2008.

    /s/   Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE